United States District Court
Southern District of Texas
**ENTERED**
October 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **MARTIN IBARRA MORADO,**<br>**Petitioner,** | §<br>§<br>§ | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01676** |
| **WARDEN OF THE RIO GRANDE DETENTION CENTER, *et al.*,**<br>**Respondents.** | §<br>§<br>§<br>§ | |

## <u>ORDER</u>

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Motion to Stay, and in the Alternative, Motion for Summary Judgment, (Dkt. No. 6).

Petitioner represents in his petition that he has resided in the United States since August of 2004, and that he has not departed the country since entry. (Dkt. No. 1 at 18). Respondents represent in their motion that Petitioner was encountered by Border Patrol Agents on September 6, 2026, after swimming across the Rio Grande River. (Dkt. Nos. 6 at 2; 6-1 at 3).

The Court would benefit from an advisory from Petitioner on this issue. As such, Petitioner is **ORDERED** to file an advisory **<u>by October 16, 2026,</u>** specifically addressing his date of entry into the United States, and responding to Respondents' evidence that Petitioner was swimming across the Rio Grande in September 2026 if he has not departed the United States since 2004.

It is so **ORDERED**.

**SIGNED** on October 9, 2026.

John A. Kazen
John A. Kazen
United States District Judge